*MHN*

**PRISONER CASE**



### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. ELLIS PARTEE | **Defendant(s):** DONALD HULICK, et al. |



**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**

Ellis Partee
A-15421
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL   60601

*L FILED*

*APR - 8 2008*
*4-8-2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

**Basis of Jurisdiction:**

[ ] 1. U.S. Government Plaintiff

[ ] 2. U.S. Government Defendant

[✓] 3. Federal Question
      (U.S. gov't. not a party)

[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV1989**
**JUDGE GETTLEMAN**
**MAG. JUDGE KEYS**

**Origin:**

[✓] 1. Original Proceeding

[ ] 2. Removed From State Court

[ ] 3. Remanded From Appellate Court

[ ] 4. Reinstated or Reopened

[ ] 5. Transferred From Other District

[ ] 6. MultiDistrict Litigation

[ ] 7. Appeal to District Judge from
      Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes   [✓] No

**Signature:** *A. E. Woodham*   **Date:** 04/08/2008