UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_EASTERN_ DIVISION

FILED ^MHW
APR - 7 2008 aew
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ellis Partee, #A15421
Plaintiff(s)

v.

Donald Hulick,
Defendant(s)

08CV1989
JUDGE GETTLEMAN
MAG. JUDGE KEYS

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Ellis Partee_, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   By letter asked for help from the Center of Wrongful Convictions at Northwestern University

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Ellis Partee_
   Movant's Signature    A-15421

   _P.O. Box 711_
   Street Address

   _Menard, Ill. 62259_
   City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
| --- | --- |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
| --- | --- |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
| --- | --- |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
| --- | --- |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |