UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. ELLIS PARTEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 1989 |
| DON HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | |
| | ) | The Honorable |
| | ) | Robert W. Gettleman, |
| Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

To:   Ellis Partee, #A15421
      Menard Correctional Center
      711 Kaskaskia Street
      P.O. Box 711
      Menard, IL 62259

  On Wednesday, May 28, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert Gettleman, or any judge sitting in his stead, in Courtroom 1703, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus.**

May 19, 2008                                        Respectfully submitted,

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

                                         BY:        /s/ Sheri Wong
                                                    SHERI WONG, Bar No. 6291090
                                                    Assistant Attorney General
                                                    100 W. Randolph Street, 12th Floor
                                                    Chicago, IL 60601-3218
                                                    PHONE: (312) 814-3692
                                                    FAX: (312) 814-2253
                                                    EMAIL: swong@atg.state.il.us