IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**

MAY 19 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>ELLIS PARTEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1989 |
| | ) | |
| DON HULICK, Warden,<br>Menard Correctional Center, | ) | The Honorable |
| | ) | Robert W. Gettleman, |
| Respondent. | ) | Judge Presiding. |

## TO THE CLERK OF THE UNITED STATES DISTRICT COURT

The following Exhibits A through M to respondent's Motion to Dismiss, which was filed on May 19, 2008 in the above-captioned cause, are hereby filed with this Court:

Exhibit A: Certified Statement of Conviction/Disposition, *People v. Partee*, No. 06 CR 4670 01;

Exhibit B: Motion to Dismiss Appeal, *People v. Partee*, No. 1-06-3651 (Ill.App. 2007);

Exhibit C: Order, No. 1-06-3651, *People v. Partee* (Ill.App. 2007);

Exhibit D: Order Allowing Appellant's Motion for an Extension of Time to File Appellant's Record, *People v. Partee*, No. 1-07-0191;

Exhibit E: Habeas petition, *People v. Partee*, No. 06 CR 04670 01;

Exhibit F: Notification of Denial Order, *People v. Partee*, No. 06 CR 04670 01;

Exhibit G:    Order Denying Petitioner's Motion to Hold Appeal No. 1-07-1928 In Abeyance Until the Resolution of Appeal No. 1-07-0191, *People v. Partee*, No. 1-07-1928 (Ill.App. 2007);

Exhibit H:    Postconviction petition, *People v. Partee*, No. 06 CR 4670 01, Circuit Court of Cook County;

Exhibit I:    Report of Proceedings, August 27, 2007, *People v. Partee*, No. 06 CR 4670 01;

Exhibit J:    Order Denying Petitioner's Motion to Hold Appeal In Abeyance Until the Resolution of Appeal 1-07-0191, *People v. Partee*, No. 1-07-2701 (Ill.App. 2007);

Exhibit K:    Petition for Leave to File a Petition for an Original Writ of Mandamus, *People v. Partee*, No. 11951 (Ill. 2007);

Exhibit L:    Order, *People v. Partee*, No. 11951 (Ill. 2007); and

Exhibit M:    Status Report, *People v. Partee*, No. 1-07-0191 (Ill.App. 2007).


May 19, 2008                          Respectfully submitted,

                                      LISA MADIGAN
                                      Attorney General of Illinois

                           By:        *Sheri Wong*

                                      SHERI L. WONG, Bar No. 6291090
                                      Assistant Attorney General
                                      100 West Randolph Street, 12th Floor
                                      Chicago, Illinois 60601-3218
                                      TELEPHONE: (312) 814-3692
                                      FAX: (312) 814-2253
                                      EMAIL: swong@atg.state.il.us

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 06CR0467001

ELLIS      PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

  720-5/19-1(a)                      F      BURGLARY
The following disposition(s) was/were rendered before the Honorable Judge(s):


| 03/10/06 | IND/INFO-CLK OFFICE-PRES JUDGE         | 03/17/06 | 1701 | | |
| | 06CR0467001 ID# CR100220102 | | | | |
| 03/17/06 | CASE ASSIGNED                         | 03/17/06 | 1717 | | |
| | BIEBEL, PAUL JR. | | | | |
| 03/17/06 | DEFENDANT ON BOND                     | 00/00/00 | | | |
| | CLAPS JOSEPH M | | | | |
| 03/17/06 | CONTINUANCE BY ORDER OF COURT         | 03/22/06 | | | |
| | CLAPS JOSEPH M | | | | |
| 03/22/06 | DEFENDANT IN CUSTODY                  | 00/00/00 | | | |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | PRISONER DATA SHEET TO ISSUE          | 00/00/00 | | | |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | SPECIAL ORDER                         | 00/00/00 | | | |
| | DEFT ADMONISHED ASTO SUPR CT RULE 401 | | | | |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | PLEA OF NOT GUILTY                    | 00/00/00 | | | |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | JURY WAIVED                           | 00/00/00 | | | |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | ADMONISH AS TO TRIAL IN ABSENT        | 00/00/00 | | | |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | MOTION TO SUBSTITUTE JUDGE            | 00/00/00 | F | 2 |
| | WADAS, KENNETH J. | | | | |
| 03/22/06 | TRANSFERRED                           | 03/23/06 | 1701 | | |
| | WADAS, KENNETH J. | | | | |
| 03/23/06 | CASE ASSIGNED                         | 03/23/06 | 1730 | | |
| | BIEBEL, PAUL JR. | | | | |
| 03/23/06 | DEFENDANT IN CUSTODY                  | 00/00/00 | | | |
| | SHULTZ, LON W | | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 06CR0467001

ELLIS        PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date 2 | Extra |
|---|---|---|---|
| 03/23/06 | PRISONER DATA SHEET TO ISSUE SHULTZ, LON W | 00/00/00 | |
| 03/23/06 | SPECIAL ORDER DEFENDANT PROCEEDING ( PRO SE ) SHULTZ, LON W | 00/00/00 | |
| 03/23/06 | MOTION STATE - CONTINUANCE -MS SHULTZ, LON W | 03/28/06 | |
| 03/28/06 | DEFENDANT IN CUSTODY SHULTZ, LON W | 00/00/00 | |
| 03/28/06 | PRISONER DATA SHEET TO ISSUE SHULTZ, LON W | 00/00/00 | |
| 03/28/06 | PUBLIC DEFENDER APPOINTED SHULTZ, LON W | 00/00/00 | |
| 03/28/06 | SPECIAL ORDER TRANSCROPTS ORDERED SHULTZ, LON W | 00/00/00 | |
| 03/28/06 | WITNESSES ORDERED TO APPEAR FOR HEARING ON SUBSTITUTION OF JUDGES SHULTZ, LON W | 00/00/00 | |
| 03/28/06 | CONTINUANCE BY AGREEMENT SHULTZ, LON W | 04/05/06 | |
| 04/05/06 | DEFENDANT IN CUSTODY SHULTZ, LON W | 00/00/00 | |
| 04/05/06 | PRISONER DATA SHEET TO ISSUE SHULTZ, LON W | 00/00/00 | |
| 04/05/06 | MOTION TO SUBSTITUTE JUDGE SHULTZ, LON W | 00/00/00 S | 2 |
| 04/05/06 | TRANSFERRED SHULTZ, LON W | 04/06/06 1701 | |
| 04/06/06 | CASE ASSIGNED BIEBEL, PAUL JR. | 04/06/06 1723 | |
| 04/06/06 | DEFENDANT IN CUSTODY SACKS STANLEY J. | 00/00/00 | |
| 04/06/06 | PRISONER DATA SHEET TO ISSUE SACKS STANLEY J. | 00/00/00 | |
| 04/06/06 | PUBLIC DEFENDER APPOINTED SACKS STANLEY J. | 00/00/00 | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 003

PEOPLE OF THE STATE OF ILLINOIS

                        VS                    NUMBER 06CR0467001

    ELLIS        PARTEE

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/06/06 PLEA OF NOT GUILTY
        SACKS STANLEY J.
04/06/06 DEFENDANT ARRAIGNED                        00/00/00
        SACKS STANLEY J.
04/06/06 ADMONISH AS TO TRIAL IN ABSENT             00/00/00
        SACKS STANLEY J.
04/06/06 CONTINUANCE BY AGREEMENT                   04/12/06
        SACKS STANLEY J.
04/12/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
04/12/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.
04/12/06 CONTINUANCE BY AGREEMENT                   04/14/06
        SACKS STANLEY J.
04/14/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
04/14/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.
04/14/06 DEF DEMAND FOR TRIAL                       00/00/00
        SACKS STANLEY J.
04/14/06 CONTINUANCE BY ORDER OF COURT              05/01/06
        SACKS STANLEY J.
05/01/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
05/01/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.
05/01/06 MOTION TO DISMISS CHARGES                            D      2
        MOTION DENIED
        SACKS STANLEY J.
05/01/06 MOTION TO SUPPRESS                         00/00/00 D      2
        SACKS STANLEY J.
05/01/06 MOTION TO QUASH ARREST                     00/00/00 D      2
        SACKS STANLEY J.
05/01/06 DEF DEMAND FOR TRIAL                       00/00/00
        SACKS STANLEY J.
05/01/06 MOTION STATE - CONTINUANCE -MS             05/10/06
        SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

PEOPLE OF THE STATE OF ILLINOIS

            VS                          NUMBER 06CR0467001

ELLIS        PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
05/11/06 DEFENDANT IN CUSTODY                   00/00/00
         SACKS STANLEY J.
05/11/06 PRISONER DATA SHEET TO ISSUE           00/00/00
         SACKS STANLEY J.
05/11/06 MOTION DEFT - CONTINUANCE - MD         05/31/06
         SACKS STANLEY J.
05/31/06 DEFENDANT IN CUSTODY                   00/00/00
         SACKS STANLEY J.
05/31/06 PRISONER DATA SHEET TO ISSUE           00/00/00
         SACKS STANLEY J.
05/31/06 SPECIAL ORDER                          00/00/00
         PO-SE
         SACKS STANLEY J.
05/31/06 SPECIAL ORDER                          00/00/00
         STATE FILES MTN TO INTRODUCE OF ANOTHER CRIMES.
         SACKS STANLEY J.
05/31/06 CONTINUANCE BY ORDER OF COURT          06/02/06
         SACKS STANLEY J.
06/02/06 DEFENDANT IN CUSTODY                   00/00/00
         SACKS STANLEY J.
06/02/06 SPECIAL ORDER                          00/00/00
         DEFD SECOND MTN FOR DISCOVERY HEARD AND RULED UPON
         SACKS STANLEY J.
06/02/06 MOTION TO DISMISS INDICTMENT           00/00/00 D      2
         SACKS STANLEY J.
06/02/06 CONTINUANCE BY ORDER OF COURT          06/05/06
         SACKS STANLEY J.
06/05/06 DEFENDANT IN CUSTODY                   00/00/00
         SACKS STANLEY J.
06/05/06 PRISONER DATA SHEET TO ISSUE           00/00/00
         SACKS STANLEY J.
06/05/06 SPECIAL ORDER                          00/00/00
         DEFENSE MOTION TO DISMISS INDICTMENT IS DENIED
         SACKS STANLEY J.
06/05/06 SPECIAL ORDER                          00/00/00
         DEFENSE FILE SECOND MOTION FOR DISCOVERY
         SACKS STANLEY J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 06CR0467001

ELLIS      PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/05/06 SPECIAL ORDER                              00/00/00
     MOTION FOR CERTIFIED COPIES PF CONVICTION FOR STATES WITNESS IS DENIED.
     SACKS STANLEY J.
06/05/06 DEF DEMAND FOR TRIAL                       00/00/00
     SACKS STANLEY J.
06/05/06 MOTION STATE - CONTINUANCE -MS             06/15/06
     SACKS STANLEY J.
06/15/06 DEFENDANT IN CUSTODY                       00/00/00
     SACKS STANLEY J.
06/15/06 PRISONER DATA SHEET TO ISSUE               00/00/00
     SACKS STANLEY J.
06/15/06 SPECIAL ORDER                              00/00/00
     PRO-SE
     SACKS STANLEY J.
06/15/06 CONTINUANCE BY ORDER OF COURT              06/19/06
     FOR JURY
     SACKS STANLEY J.
06/19/06 DEFENDANT IN CUSTODY                       00/00/00
     SACKS STANLEY J.
06/19/06 PRISONER DATA SHEET TO ISSUE               00/00/00
     SACKS STANLEY J.
06/19/06 CONTINUANCE BY ORDER OF COURT              06/20/06
     PRO-SE, JURY, CIVILIAN CLOTHES .
     SACKS STANLEY J.
06/20/06 DEFENDANT IN CUSTODY                       00/00/00
     SACKS STANLEY J.
06/20/06 PRISONER DATA SHEET TO ISSUE               00/00/00
     SACKS STANLEY J.
06/20/06 SPECIAL ORDER                              00/00/00
     TWELVE (12) JURORS AND TWO(2) ALTERNATES
     SACKS STANLEY J.
06/20/06 TRIAL COMENCED AND CONTINUED               06/21/06
     SACKS STANLEY J.
06/21/06 DEFENDANT IN CUSTODY                       00/00/00
     SACKS STANLEY J.
06/21/06 PRISONER DATA SHEET TO ISSUE               00/00/00
     SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                        NUMBER 06CR0467001

    ELLIS       PARTEE

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/21/06 SPECIAL ORDER                            00/00/00
        JURY TRIAL COMMENCED AND CONTINUE; TWELVE JURORS AND TWO ALTERNATES
        SACKS STANLEY J.
06/21/06 VERDICT OF GUILTY                   C001 00/00/00
        SACKS STANLEY J.
06/21/06 BAIL REVOKED                             00/00/00
        SACKS STANLEY J.
06/21/06 CONTINUANCE BY ORDER OF COURT            06/22/06
        SACKS STANLEY J.
06/22/06 DEFENDANT IN CUSTODY                     00/00/00
        SACKS STANLEY J.
06/22/06 PRISONER DATA SHEET TO ISSUE             00/00/00
        SACKS STANLEY J.
06/22/06 PUBLIC DEFENDER APPOINTED                00/00/00
        SACKS STANLEY J.
06/22/06 PRE-SENT INVEST. ORD, CONTD TO           00/00/00
        SACKS STANLEY J.
06/22/06 SPECIAL ORDER                            00/00/00
        COURT ORDER ENTERED; IT IS HEREBY ORDERED THAT ALL TRIAL AND PRE-TRIAL MO
        SACKS STANLEY J.
06/22/06 SPECIAL ORDER                            00/00/00
        TRANSCRIPTS BE TENDERED TO THE PUBLIC DEFENDER--DATED AS FOLLOWS:
        SACKS STANLEY J.
06/22/06 SPECIAL ORDER                            00/00/00
        MAY 1, 2006; MAY 31, 2006; JUNE 2, 2006; JUNE 5, 2006; JUNE 20, 2006; AND
        SACKS STANLEY J.
06/22/06 SPECIAL ORDER                            00/00/00
        JUNE 21, 2006.
        SACKS STANLEY J.
06/22/06 MOTION DEFT - CONTINUANCE - MD           07/20/06
        FOR POST TRIAL MOTIONS AND SENTENCING.
        SACKS STANLEY J.
07/20/06 DEFENDANT IN CUSTODY                     00/00/00
        SACKS STANLEY J.
07/20/06 PRISONER DATA SHEET TO ISSUE             00/00/00
        SACKS STANLEY J.
07/20/06 SPECIAL ORDER                            00/00/00
        ATTORNEY IN COURT
        SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 007

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR0467001

    ELLIS        PARTEE

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/20/06 SPECIAL ORDER                              00/00/00
        DEFENDANTS APPEARENCE IS WAIVED ON THE NEXT COURT DATE (AUGUST 8, 2006)
        SACKS STANLEY J.
07/20/06 MOTION DEFT - CONTINUANCE - MD             08/08/06
        SACKS STANLEY J.
08/08/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
08/08/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.
08/08/06 SPECIAL ORDER                              00/00/00
        ATTORNEY ADRIENNE DAVIS IN COURT
        SACKS STANLEY J.
08/08/06 PRE-TRIAL INVESTIGATION ORDRD              00/00/00
        SECOND REQUEST
        SACKS STANLEY J.
08/08/06 MOTION DEFT - CONTINUANCE - MD             09/13/06
        FOR POST TRIAL MOTIONS AND SENTENCING
        SACKS STANLEY J.
09/13/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
09/13/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.
09/13/06 SPECIAL ORDER                              00/00/00
        ATTORNEY ADRIENNE DAVIS IS PRESENT
        SACKS STANLEY J.
09/13/06 MOTION DEFT - CONTINUANCE - MD             09/15/06
        FOR POST TRIAL MOTIONS AND SENTENCING
        SACKS STANLEY J.
09/15/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
09/15/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.
09/15/06 CONTINUANCE BY ORDER OF COURT              09/25/06
        SACKS STANLEY J.
09/25/06 DEFENDANT IN CUSTODY                       00/00/00
        SACKS STANLEY J.
09/25/06 PRISONER DATA SHEET TO ISSUE               00/00/00
        SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 008

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 06CR0467001

ELLIS        PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/25/06 MOTION TO WITHDRAW AS ATTORNEY            00/00/00
        PUBLIC DEFENDER (ADRIENNE DAVIS)
        SACKS STANLEY J.
09/25/06 MOTION DEFT - CONTINUANCE - MD            09/29/06
        FOR ATTORNEY
        SACKS STANLEY J.
09/29/06 DEFENDANT IN CUSTODY                      00/00/00
        SACKS STANLEY J.
09/29/06 PRISONER DATA SHEET TO ISSUE              00/00/00
        SACKS STANLEY J.
09/29/06 MOTION DEFT - CONTINUANCE - MD            10/27/06
        FOR ATTORNEY
        SACKS STANLEY J.
10/27/06 DEFENDANT IN CUSTODY                      00/00/00
        SACKS STANLEY J.
10/27/06 PRISONER DATA SHEET TO ISSUE              00/00/00
        SACKS STANLEY J.
10/27/06 CONTINUANCE BY ORDER OF COURT             11/17/06
        FOR ATTORNEY
        SACKS STANLEY J.
11/17/06 DEFENDANT IN CUSTODY                      00/00/00
        SACKS STANLEY J.
11/17/06 PRISONER DATA SHEET TO ISSUE              00/00/00
        SACKS STANLEY J.
11/17/06 CONTINUANCE BY ORDER OF COURT             11/22/06
        SACKS STANLEY J.
11/22/06 DEFENDANT IN CUSTODY                      00/00/00
        SACKS STANLEY J.
11/22/06 PRISONER DATA SHEET TO ISSUE              00/00/00
        SACKS STANLEY J.
11/22/06 MOTION DEFENDANT - NEW TRIAL                        F        2
        AND DENIED/MEMORANDEUM OF LAW IN SUPPORT OF MOTION FOR NEW TRIAL
        SACKS STANLEY J.
11/22/06 CONTINUANCE BY ORDER OF COURT             11/28/06
        FOR SENTENCING
        SACKS STANLEY J.
11/28/06 DEFENDANT IN CUSTODY                      00/00/00
        SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS　　　Page 009

PEOPLE OF THE STATE OF ILLINOIS

　　　　　　　　VS　　　　　　　　　NUMBER 06CR0467001

ELLIS　　　　　PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

　　I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/28/06 PRISONER DATA SHEET TO ISSUE　　　　　　00/00/00
　　　　SACKS STANLEY J.
11/28/06 CONTINUANCE BY ORDER OF COURT　　　　　12/07/06
　　　　SACKS STANLEY J.
12/07/06 DEFENDANT IN CUSTODY　　　　　　　　　00/00/00
　　　　SACKS STANLEY J.
12/07/06 PRISONER DATA SHEET TO ISSUE　　　　　00/00/00
　　　　SACKS STANLEY J.
12/07/06 SPECIAL ORDER　　　　　　　　　　　　00/00/00
　　　　HEARING AGG & MITIGATION COMMENCED & CONT.
　　　　SACKS STANLEY J.
12/07/06 CONTINUANCE BY ORDER OF COURT　　　　　12/08/06
　　　　SACKS STANLEY J.
12/08/06 DEFENDANT IN CUSTODY　　　　　　　　　00/00/00
　　　　SACKS STANLEY J.
12/08/06 SPECIAL ORDER　　　　　　　　　　　　00/00/00
　　　　PRO - SE; HEARING IN AGGRAVATION AND MITTIGATION
　　　　SACKS STANLEY J.
12/08/06 DEF SENTENCED ILLINOIS DOC　　　C001 00/00/00
　　　　　　　　　　7 YRS
　　　　SACKS STANLEY J.
12/08/06 CREDIT DEFENDANT FOR TIME SERV　　　　00/00/00
　　　　　　　　　304 DYS
　　　　SACKS STANLEY J.
12/08/06 DEF ADVISED OF RIGHT TO APPEAL　　　　00/00/00
　　　　SACKS STANLEY J.
12/08/06 BAIL REVOKED　　　　　　　　　　　　00/00/00
　　　　SACKS STANLEY J.
12/08/06 LET MITTIMUS ISSUE/MITT TO ISS　　　　00/00/00
　　　　SACKS STANLEY J.
12/08/06 WARRANT QUASHED　　　　　　　　　　　00/00/00
　　　　SACKS STANLEY J.
12/08/06 CHANGE PRIORITY STATUS　　　　　M　　00/00/00
　　　　SACKS STANLEY J.
12/08/06 M/D TO APPT COUNSEL FOR APPEAL　　　　00/00/00 F
　　　　SACKS STANLEY J.
12/08/06 NOTICE OF APPEAL FILED, TRNSFR　　　　00/00/00
　　　　SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 010

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR0467001

ELLIS       PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
12/08/06 RECALL/EXEC SENT TO POLICE AGY         00/00/00
12/08/06 NOTICE OF APPEAL FILED, TRNSFR         00/00/00
12/12/06 NOTICE OF NOTICE OF APP MAILED         00/00/00
12/12/06 HEARING DATE ASSIGNED                  12/15/06 1713
12/15/06 ILL STATE APPELLATE DEF APPTD          00/00/00
      BIEBEL, PAUL JR.
12/15/06 O/C FREE REPT OF PROCD ORD N/C         00/00/00
      BIEBEL, PAUL JR.
12/15/06 MEMO OF ORDS & NOA PICKED-UP           00/00/00
      BIEBEL, PAUL JR.
12/22/06 MOTION TO REDUCE SENTENCE              00/00/00 F      2
12/22/06 HEARING DATE ASSIGNED                  01/08/07 1723
12/05/06 APPELLATE COURT NUMBER ASGND                    07-0191
01/03/07 DEFENDANT NOT IN COURT                 00/00/00
      SACKS STANLEY J.
01/03/07 MOTION TO REDUCE SENTENCE              00/00/00 D      2
      DEFENDANT TO BE NOTIFIED
      SACKS STANLEY J.
01/08/07 SPECIAL ORDER                          00/00/00
      ON CALL IN ERROR; SEE ORDER OF 01/03/2007--OFF CALL
      SACKS STANLEY J.
01/12/07 COMMON LAW RECORD PREPARED                      07-0191
      ONE VOLUME
01/16/07 NOTICE OF APPEAL FILED, TRNSFR         00/00/00
01/16/07 NOTICE OF NOTICE OF APP MAILED         00/00/00
01/16/07 HEARING DATE ASSIGNED                  01/19/07 1713
01/19/07 ILL STATE APPELLATE DEF APPTD          00/00/00
      GAINER THOMAS V JR.
01/19/07 O/C FREE REPT OF PROCD ORD N/C         00/00/00
      GAINER THOMAS V JR.
01/19/07 MEMO OF ORDS & NOA PICKED-UP           00/00/00
      GAINER THOMAS V JR.
01/12/07 COMMON LAW RECORD PREPARED
01/19/07 CLR RECD BY APP COUNSEL                         07-0191
      STATE APPELLATE DEFENDER - ONE VOLUME
01/17/07 NOTICE OF APPEAL FILED, TRNSFR         00/00/00
01/23/07 APPELLATE COURT NUMBER ASGND           00/00/00 07-0191
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 011

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 06CR0467001

ELLIS        PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/16/07 MANDATE FILED                          04/25/07 1701
         06-3651
04/25/07 SPECIAL ORDER                          00/00/00
         DEFENDANT MOTION TO DISMISS APPEAL ALLOWED
         BIEBEL, PAUL JR.
05/22/07 MOTION FOR WRIT OF HABEAS CORP          00/00/00 F        2
05/22/07 HEARING DATE ASSIGNED                   05/25/07 1717
05/25/07 DEFENDANT IN CUSTODY                    00/00/00
         WADAS, KENNETH J.
05/25/07 DEFENDANT NOT IN COURT                  00/00/00
         WADAS, KENNETH J.
05/25/07 TRANSFERRED                             05/25/07 1723
         WADAS, KENNETH J.
05/25/07 CONTINUANCE BY ORDER OF COURT           05/25/07
         WADAS, KENNETH J.
06/08/07 HABEAS CORPUS PETITION DENIED           00/00/00
         SACKS STANLEY J.
07/02/07 NOTICE OF APPEAL FILED, TRNSFR          06/08/07
07/10/07 NOTICE OF NOTICE OF APP MAILED          00/00/00
07/10/07 HEARING DATE ASSIGNED                   07/13/07 1713
07/17/07 APPELLATE COURT NUMBER ASGND            00/00/00 07-1928
07/13/07 ILL STATE APPELLATE DEF APPTD           00/00/00
07/13/07 O/C FREE REPT OF PROCD ORD N/C          00/00/00
07/19/07 COMMON LAW RECORD PREPARED              00/00/00 07-1928
         ONE VOLUME CLR
07/25/07 CLR RECD BY APP COUNSEL                 00/00/00 07-1928
         PUBLIC DEFENDER - ONE VOLUME
07/25/07 REPT OF PRCDS ORD FR CRT RPT            00/00/00
08/10/07 POST-CONVICTION FILED                   00/00/00
08/10/07 HEARING DATE ASSIGNED                   08/17/07 1723
08/06/07 REPT OF PRCDS ORD FR CRT RPT            00/00/00
08/17/07 CONTINUANCE BY ORDER OF COURT           08/23/07
         PORTER DENNIS J
08/23/07 POST-CONV PETITION DISMISSED            00/00/00
         TO BE ENTERED 8/30/07
         SACKS STANLEY J.
08/23/07 SPECIAL ORDER                           00/00/00
         TO SUEOR DEDEND AS A POOR PERSON DENIED TO BE ENETERED 8/30/07
         SACKS STANLEY J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 012

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 06CR0467001

ELLIS      PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/23/07 SPECIAL ORDER
    MTN FOR APPTMT OF COUSNEL DENIED TO BE ENTERED ON 8/30/07
    SACKS STANLEY J.
08/23/07 CONTINUANCE BY ORDER OF COURT        08/30/07
    SACKS STANLEY J.
08/27/07 POST-CONV PETITION DISMISSED         00/00/00
    SACKS STANLEY J.
08/27/07 SPECIAL ORDER                        00/00/00
    TO SUE OR DEFEND AS A POOR PERSON DENIED
    SACKS STANLEY J.
08/27/07 SPECIAL ORDER                        00/00/00
    MTN FOR APPTMT OF COUNSEL DENIED.
    SACKS STANLEY J.
08/30/07 PREVIOUS ORDER TO STAND              08/27/07
    SACKS STANLEY J.
08/30/07 NOTIFICATION SENT TO DEFENDANT       00/00/00
09/12/07 REPORT OF PROCEEDINGS PREPARED                  07-2701
    ONE VOLUME
09/12/07 REPRT/PROCDS RECD BY APP ATTRY                  07-2701
    PUBLIC DEFENDER - ONE VOLUME
09/11/07 TRANS PROC REC/FILED CLKS OFF        00/00/00
    ONE VOLUME
09/20/07 NOTICE OF APPEAL FILED, TRNSFR       08/27/07
09/25/07 NOTICE OF NOTICE OF APP MAILED       00/00/00
09/25/07 HEARING DATE ASSIGNED                09/28/07 1713
09/28/07 PUBLIC DEF APPTD FOR APPEAL          00/00/00
    BIEBEL, PAUL JR.
09/28/07 O/C FREE REPT OF PROCD ORD N/C       00/00/00
    BIEBEL, PAUL JR.
10/01/07 COMMON LAW RECORD PREPARED                      07-2701
    ONE (1) VOLUME
10/01/07 APPELLATE COURT NUMBER ASGND         00/00/00 07-2701
10/04/07 CLR RECD BY APP COUNSEL              00/00/00 07-2701
    PUBLIC DEFENDER - ONE VOLUME
11/06/07 REPT OF PRCDS ORD FR CRT RPT         00/00/00
02/05/08 MOTION FOR CORRECTED MITTIMUS        00/00/00 F        2
02/05/08 HEARING DATE ASSIGNED                02/13/08 1723

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 013

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR0467001

    ELLIS        PARTEE

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/13/08 MOTION FOR CORRECTED MITTIMUS            00/00/00 D
         SACKS STANLEY J.
02/13/08 SPECIAL ORDER                           00/00/00
         LV.TO FILE PET.FOR MANDAMUS DENIED
         SACKS STANLEY J.
02/13/08 SPECIAL ORDER                           00/00/00
         APPLICATION TO SUE OR DEFEND AS A POOR PERSON DENIED
         SACKS STANLEY J.
02/13/08 TRANS PROC REC/FILED CLKS OFF           00/00/00
         FIVE VOLUMES
03/04/08 SUPPLEMENTAL CLR PREPARED               00/00/00 07-0191
         ONE VOLUME
03/04/08 REPORT OF PROCEEDINGS PREPARED          00/00/00 07-0191
         FIVE VOLUMES
03/05/08 SUPPL REC RECD BY APPL COUNSEL          00/00/00 07-0191
         STATE APPELLATE DEFENDER - ONE VOLUME
03/17/08 NOTICE OF APPEAL FILED, TRNSFR          02/13/08
03/17/08 NOTICE OF APPEAL FILED, TRNSFR          02/13/08
03/25/08 NOTICE OF NOTICE OF APP MAILED          00/00/00
03/25/08 HEARING DATE ASSIGNED                   03/28/08 1713
04/02/08 COMMON LAW RECORD PREPARED                       08-0868
         ONE (1) VOLUME
03/28/08 PUBLIC DEF APPTD FOR APPEAL             00/00/00
         BIEBEL, PAUL JR.
03/28/08 O/C FREE REPT OF PROCD ORD N/C          00/00/00
         BIEBEL, PAUL JR.
04/04/08 APPELLATE COURT NUMBER ASGND            00/00/00 08-0868
04/02/08 REPT OF PRCDS ORD FR CRT RPT            00/00/00
04/10/08 CLR RECD BY APP COUNSEL                 00/00/00 08-0868
         PUBLIC DEFENDER - ONE VOLUME
04/24/08 SUPP TRAN PRO REC/FILE CLK OFF          00/00/00
         ONE VOLUME
04/29/08 SUPPL REPORT OF PRCD PREPARED           00/00/00 07-2701
         ONE VOLUME
04/30/08 SUPPL REC RECD BY APPL COUNSEL          00/00/00 07-2701
         PUBLIC DEFENDER - ONE VOLUME

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS　　　Page 014

PEOPLE OF THE STATE OF ILLINOIS

　　　　　　　　　VS　　　　　　　　　　NUMBER 06CR0467001

ELLIS　　　　PARTEE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

　I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION



I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 05/08/08

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*L.P.*

*DIV 3*

No. 1-06-3651

FILED APPELLATE COURT
1ST DIST.

2007 JAN 29 PM 2: 42

STEVEN M. RAVID
CLERK OF COURT

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois. |
| Plaintiff-Appellee, | ) | |
| | ) | |
| -vs- | ) | No. 06 CR 4670. |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley J. Sacks, |
| Defendant-Appellant. | ) | Judge Presiding. |

### MOTION TO DISMISS APPEAL

*AT*
*DIS*
*HPL*

Michael J. Pelletier, Deputy Defender, Office of the State Appellate Defender, respectfully moves that this Court dismiss this appeal.

In support of this motion, Michael J. Pelletier states:

1.   Appellant was convicted of burglary and on December 8, 2006 was sentenced to 7 years in the Illinois Department of Corrections by the Honorable Stanley J. Sacks.

2.   Defendant is currently incarcerated.

3.   Notice of appeal was filed on December 8, 2006 and was assigned appeal number 1-06-3651.

4.   On December 22, 2006, Appellant filed a motion to reduce sentence. Appellant's motion was denied on January 3, 2007.

5.   Notice of appeal was filed on January 16, 2007 and was assigned appeal number 1-07-0191.

6.    The Office of the State Appellate Defender was appointed to represent Appellant on both appeals.

7.    Upon review of the facts of the case, appellate counsel determined that the notice of appeal filed on December 8, 2006 and assigned appeal number 1-06-3651 was filed prematurely and can be dismissed.

WHEREFORE, the Office of the State Appellate Defender respectfully moves to dismiss this appeal.

Respectfully submitted,

MICHAEL J. PELLETIER
Deputy Defender
Office of the State Appellate Defender
203 North LaSalle Street - 24th Floor
Chicago, Illinois 60601
(312) 814-5472

COUNSEL FOR DEFENDANT-APPELLANT

STATE OF ILLINOIS   )
                         )   SS
COUNTY OF COOK   )

## AFFIDAVIT

      Michael J. Pelletier, being first duly sworn on oath, deposes and says that he has read the foregoing Motion by him subscribed and the facts stated therein are true and correct to the best of his knowledge and belief.

MICHAEL J. PELLETIER
Deputy Defender

SUBSCRIBED AND SWORN TO BEFORE ME
on January 26, 2007.

NOTARY PUBLIC

Official Seal
Tammy S Miller
Notary Public State of Illinois
My Commission Expires 03/28/2009

No. 1-06-3651

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois. |
| Plaintiff-Appellee, | ) | |
| | ) | |
| -vs- | ) | No. 06 CR 4670. |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley J. Sacks, |
| Defendant-Appellant. | ) | Judge Presiding. |

## PROOF OF SERVICE

TO:  Richard A. Devine                          Mr. Ellis Partee
        Cook County State's Attorney         Register No. A-15421
        300 Daley Center                             Vandalia Correctional Center
        Chicago, Illinois  60602                  P.O. Box 500
                                                              Vandalia, IL  62471

You are hereby notified that on January 26, 2007, we personally delivered the original and three copies of the attached Motion to Dismiss Appeal in the above-entitled cause to the Clerk of the above Court, a copy of which is hereby served on you.

_____
MICHAEL J. PELLETIER
Deputy Defender

STATE OF ILLINOIS  )
                               )  SS
COUNTY OF COOK  )

The undersigned, being first duly sworn on oath, deposes and says that he personally delivered the required number of copies of the attached Motion to the Clerk of the above Court and to the State's Attorney of Cook County on January 26, 2007.

_____
CLERK

SUBSCRIBED AND SWORN TO BEFORE ME
on January 26, 2007.

_____
NOTARY PUBLIC

Official Seal
Tammy S Miller
Notary Public State of Illinois
My Commission Expires 03/28/2009

No. 1-06-3651

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois. |
| Plaintiff-Appellee, | ) | |
| | ) | |
| -vs- | ) | No. 06 CR 4670. |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley J. Sacks, |
| Defendant-Appellant. | ) | Judge Presiding. |

**ORDER**

  This matter coming to be heard on Appellant's motion, all parties having been duly notified, and the Court being advised in the premises,

  IT IS HEREBY ORDERED:

  That Appellant's Motion to Dismiss Appeal is allowed/denied.

**ORDER ENTERED**

FEB 0 8 2007

APPELLATE COURT, FIRST DISTRICT

_____
PRESIDING JUSTICE

_____
JUSTICE

_____
JUSTICE

DATE: _____
MICHAEL J. PELLETIER
Deputy Defender
Office of the State Appellate Defender
203 North LaSalle Street - 24th Floor
Chicago, Illinois  60601
(312) 814-5472
COUNSEL FOR DEFENDANT-APPELLANT

EXHIBIT C

No. 1-07-0191

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois. |
| Plaintiff-Appellee, | ) | |
| | ) | |
| -vs- | ) | No. 06 CR 4670. |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley J. Sacks, |
| Defendant-Appellant. | ) | Judge Presiding. |

**ORDER**

This matter coming to be heard on Appellant's motion, all parties having been duly notified, and the Court being advised in the premises,

IT IS HEREBY ORDERED:

That an extension of time until November 12, 2007, in which to file Appellant's record is allowed/denied.

THIS IS A
FINAL
EXTENSION

_____
PRESIDING JUSTICE

_____
JUSTICE

_____
JUSTICE

DATE: _____

MICHAEL J. PELLETIER
Deputy Defender
Office of the State Appellate Defender
203 North LaSalle Street - 24th Floor
Chicago, Illinois 60601
(312) 814-5472

COUNSEL FOR DEFENDANT-APPELLANT

ORDER ENTERED

SEP 1 9 2007

APPELLATE COURT, FIRST DISTRICT

EXHIBIT D

IN THE CIRCUIT COURT OF _____*Cook*_____ COUNTY

_____*First*_____ JUDICIAL CIRCUIT

STATE OF ILLINOIS

|  |  |
|---|---|
| *Ellis Partee,* <br> *Petitioner,* ~~Plaintiff,~~ <br><br> vs. <br><br> *Xolonda Johnson, Warden,* <br> *Respondent,* ~~Defendant,~~ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. *06 CR 4670* <br> ) *Indictment* <br> ) <br> ) <br> ) |

## PETITION

TO:   THE CIRCUIT COURT, COUNTY OF _____*Cook County*_____:

The petition of _____*Ellis Partee*_____, for HABEAS CORPUS

pursuant to 735 ILCS 5/10-102 et. seq. (1992), states as follows:

1. I _____*Ellis Partee*_____, in whose behalf the petition is applied

   for, is confined or restrained of liberty at *Pickneyville Corr. ctr. Pickneyville,*

   Illinois _____*Perry*_____ County, by Warden *Xolonda Johnson*,

   respondent above named, Chief Administrative Officer of said correctional center.

2. Name and location of court under whose process plaintiff is confined: *Cook County*

   *Circuit Court, 2650 S. California, Chicago, IL*

3. Nature of the crime and case number resulting in confinement: *Burglary*

   *# 06 CR 4670*

4. The length of sentence is _____*7 years*_____

   and a copy of commitment is attached hereto and incorporated herein as "Exhibit A".

5. The date of judgment, order, or decree for confinement is _____*12/08/06*_____.

6. I entered a pleas of Guilty/Not Guilty. ▮▮▮▮▮▮▮▮▮▮▮

Revised Oct 2002

EXHIBIT E

7. I was convicted by a Bench Trial/Jury Trial.

8. Was an appeal taken? _____ Yes _____

9. If you answered "yes" to question "8", list:

    (a) Name of court _Illinois Appellate Court, First District_

    (b) Disposition _Still pending_

    (c) Date of disposition _" "_

    (d) Issues raised _Record not perfected; Case not Briefed_

    _____

    _____

10. If the answer to question "8" was "no", state the reasons for not appealing: _____

    _____

    _____

11. Have any other applications, petitions, or motions been filed or made in regard to the same

detention or restraint? _____ No _____

12. If you answered "yes" to question "11", list:

    (a) Name of court _____

    (b) Disposition _____

    (c) Date of disposition _____

    (d) Issues raised _____

    _____

    _____

15. I believe that I am being held unlawfully on the following grounds:

    (A) Ground one: _One Act one crime Rule violated, As well As the constitutional prohibition Against double jeopardy, where Petitioner entered into Plea Agreement (12/27/05),_

Dismissing initial charge for which he was later indicted on;

(B) Ground two: Denied the compulsory process, the Right to confront witnesses, introduce relevant mitigation evidence at sentencing Hearing, and deprived of effective assistance of counsel at both pre-trial and post-trial stages in violation of the u.s. Constitution;

(C) Ground three: Denied due process of law where state was allowed to obtain indictment by use of false and deliberately misleading testimony of state actor, and by the trial judge's limiting order of 6/20/06 precluding eliciting testimony about the matter; and

(D) Ground four: Conditions of confinement violates the revolving Mandards of decency where petitioner is being denied toiletries, including toothpaste and toothbrushes, no mail privileges other than legal, and denied access to the prison's law library in violation of the u.s. Constitution.

16. Have all grounds raised in this petition been presented to the highest court having

jurisdiction? _____

17. If you answered "no" to question "16", what grounds were not presented and why: _____

_____

_____

_____

_____

18. Do you have any other petition or appeal now pending in any court, either state or federal, as

to the judgment under attack?_____ No _____

19. If you answered "yes" to question "18", list:

(a) Name of court _____

(b) Disposition _____

(c) Date of disposition _____

(d) Issues raised _____

_____

_____

WHEREFORE, Plaintiff prays that a PETITION OF HABEAS CORPUS directed to the

Defendant above named, issued for the purpose of inquiring into the cause of the imprisonment

and restraint of the Plaintiff, and the delivering him therefrom, pursuant to law.

Respectfully submitted,

/s/     _____
Plaintiff, pro se
Number ___ A-15421 ___
P.O. Box ___ 999 ___
_Pickneyville_____, Illinois
Zip code ___ 62274 ___

## AFFIDAVIT

I, ___ Ellis PARTEE ___, deposes and says that as to the petition herein,
he is the plaintiff in the above entitled cause; that he has read the foregoing document, by his
signed and that the statements contained therein are true in substance and in fact.

s/s     _____
Plaintiff, pro se

Signed before me this _____ day of _____, 20___.

_____
Notary Public

Revised Oct 2002

## VERIFICATION OF CERTIFICATION

I, _____Ellis Partee_____, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure,

   I certify that the statements set forth in the foregoing motion and this affidavit are true

   and correct except as to matters therein stated to be on information and belief, and as

   to such matters I certify that I believe the same to be true.

_____
(Your signature)

## ORDER

The foregoing application is:

_____Granted

_____Denied

_____
Judge, Circuit Court

**DOROTHY BROWN**
ERK OF THE CIRCUIT COURT



Criminal Division
2650 South California Avenue
Room 526
Chicago, Illinois 60608
(773) 869-3147
FAX (773) 869-4444
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

June 18, 2007

Ellis Partee #A-15421
Pinckneyville C.C.
P.O. Box 999
Pinckneyville, IL 62274

Dear Ellis Partee:

RE:    Case Number 06CR04670-01

Please be advised that on 06/08/07, the Honorable Judge Stanley J. Sacks
denied your motion for Writ of Habeas Corpus.  OFF CALL.

If you have additional questions regarding this ruling, please contact your
attorney, or the public defender.

Office of the Public Defender, Cook County
2650 South California Avenue
7th Floor
Chicago, IL 60608
(773) 869-3222

Sincerely,
**Dorothy Brown**
Clerk of the Circuit Court of Cook County, Illinois



By
CCCCN EF 16-1/16/2005 - Motion Denied Letter.
_____ Deputy Clerk

## EXHIBIT F

**MISSION STATEMENT**

The mission of the office of the Clerk of the Circuit Court of Cook County is to serve the citizens of Cook County and the participants in the judicial system in a timely, efficient and ethical manner.  All services, information and court records will be provided with courtesy and cost efficiency.

No. 07-1928 (related to 07-0191 and 07-2701)

## IN THE APPELLATE COURT OF ILLINOIS
### FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the |
| | ) | Circuit Court of Cook |
| Plaintiff-Appellee, | ) | County, Criminal Division. |
| | ) | |
| v. | ) | Circuit No. 06 CR 04670-01 |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley Sacks, |
| Defendant-Appellant. | ) | Judge presiding. |

### ORDER

Upon motion of the Defendant-Appellant, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant-Appellant's motion to hold appeal 1-07-1928 in abeyance until the resolution of appeal 1-07-0191 is ~~GRANTED~~/ DENIED.

LESTER FINKLE
Assistant Public Defender

EDWIN A. BURNETTE
Public Defender of Cook County

Attorney for:  Defendant-Appellant

Address:        69 West Washington Street

City:           Chicago, Illinois 60602

Telephone:      312.603.0600

_____
Justice

_____
Justice

_____
Justice

STEVEN M. RAVID, CLERK OF THE APPELLATE COURT
FIRST DISTRICT

## ORDER ENTERED

FEB 2 0 2008

EXHIBIT G

APPELLATE COURT, FIRST DISTRICT

08-0868

IN THE CIRCUIT COURT OF ___Cook___ COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
                               )    IND. NO.: _06 CR 4670_
         vs.             )    (Actual Innocence Claim)

_Ellis Partee_             )
                                 )

**FILED**
CR-F71-3
AUG 10 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

RECEIVED 2007 JUL 31 AM 10: 15 CLERK OF THE CIRCUIT COURT DISTRICT DIVISION

### PRO SE POST-CONVICTION PETITION

Now comes _Ellis Partee_, Defendant, pro se, and petitions this Honorable Court to grant him relief under the post-conviction act. [725 ILCS 5/122-1 1992]

In support of this petition, Defendant states:

1. He/~~She~~ was convicted of the offense(s) of: _Burglary_ after a jury trial, ~~bench trial or entered a guilty plea~~ before the Honorable _Stanley Sacks_ and was sentenced to _7_ years on _December 8, 2006_.

2. He/~~She~~ did ~~not appeal his/her conviction or he/she~~ appealed his/her conviction to the Appellate Court of Illinois and that Court affirmed his/her conviction on _stalled the case_(APPELLATE NO. _Ineffective Assistance of Counsel_.

3. He/She did not petition the Supreme Court of Illinois to take his/her case or his/her petition for leave to appeal was denied on ___N/A___.(SUPREME COURT NO._____)

4. This petition was mailed to the clerk of the circuit court within the time frame enumerated under 725 ILCS 5/122-1.

5. Petitioner's constitutional rights were violated because (STATE ALL FACTS KNOWN TO PETITIONER THAT DEMONSTRATE THAT HIS/HER CONSTITUTIONAL RIGHTS WERE VIOLATED): (See Factual Statement Attached). Petitioner committed no Burglary as charged in the indictment obtained by the deliberate use of perjured testimony by the state on March 1, 2006, from a police arrest on February 8, 2006, in the courtroom of Judge Kenneth Wadas, orchestrated by Assistant State's Attorney Aguinas R. Bunitan and other state actors who conspired to have Petitioner falsely imprisoned and maliciously prosecuted on a charge that was dismissed as part of a plea agreement in misdemeanor court on December 12, 2005 before Judge Marvin Luckman. (See attached).

_Ellis Partee_, Defendant, pro se, states, under penalty of perjury, that the facts set out in this petition are true and correct to the best of his/her knowledge and belief.

SIGNED: _Ellis Partee_

SUBSCRIBED AND SWORN TO BEFORE THIS THIS _25_ DAY OF _July_, A.D. _2007_.

NOTARY PUBLIC ████████████

### EXHIBIT H

06CR4670C: 00031

**FILED**

CR-

AUG 2 7 2007

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

1    STATE OF ILLINOIS    )
                          )    SS:
2    COUNTY OF COOK       )

3            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                 COUNTY DEPARTMENT-CRIMINAL DIVISION
4

     PEOPLE OF THE STATE OF ILLINOIS         )
5                                            )
                    -vs-                      )    No. 06 CR 4670 01
6                                            )
     ELLIS PARTEE                            )
7

8                                    REPORT OF PROCEEDINGS had at the

9    hearing of the above-entitled cause before Stanley J. Sacks, one

10   of the judges of said division, on the 23rd day of August, A.D.,

11   2007.

12

13

14

15

16

17

18

19

20

21

22

23

24

EXHIBIT I

1

1       THE COURT:  Sheet four, Ellis Partee.  This is a pro se

2   motion by the Defendant, Ellis Partee, which he entitles petition

3   for post-conviction relief, application to sue as a poor person,

4   motion for appointment of counsel.

5           Regarding Melvin -- Ellis Partee I meant to say he went

6   to trial pro se on the charge of burglary.  He went to trial pro

7   se.  He was found guilty by a jury.  He was sentenced on December

8   8th of last year to seven years in the Department of Corrections.

9           He's filed a previously filed motion, what he calls a

10  motion for writ of habeas corpus.  That was denied.  Now he files

11  this petition for relief based on post-conviction.  I would point

12  out on April 25th of 2007 he appealed this case and this case was

13  dismissed on his motion before the Appellate Court.

14          As far as his current petition for relief on

15  post-conviction, I'm not going to go over every single thing.

16  Most of the arguments he made were made at trial.  All of these

17  arguments are frivolous and patently without merit.  I'm not

18  taking the time to go over every single one of them individually.

19  It's clear they don't have any merit whatsoever.  They're

20  frivolous and were argued at trial.

21          Petition for post-conviction is dismissed as frivolous

22  and patently without merit.  The application to sue as a poor

23  person is also denied.  Motion for appointment of counsel is

24  likewise denied.  Defendant to be notified.  Matter is off call.

2

1    STATE OF ILLINOIS  )
                        )  SS:
2    COUNTY OF COOK     )

3            I, ELIZABETH A. REYES, Official Shorthand Reporter of

4    the Circuit Court of Cook County, County Department-Criminal

5    Division, do hereby certify that I reported in shorthand the

6    evidence had in the above-entitled cause and that the foregoing

7    is a true and correct transcript of all the evidence heard.

8

9

10                                    _____
                                      Official Shorthand Reporter
11                                    License No. 084-001910
                                      Circuit Court of Cook County
12                                    County Department
                                      Criminal Division
13

14   Dated this 24th day of August, 2007.

15

16

17

18

19

20

21

22

23

24

3

No. 07-2701 (related to 07-0191 and 07-1928)

## IN THE APPELLATE COURT OF ILLINOIS
### FIRST JUDICIAL DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) Appeal from the |
| | ) Circuit Court of Cook |
| Plaintiff-Appellee, | ) County, Criminal Division. |
| | ) |
| v. | ) Circuit No. 06 CR 04670-01 |
| | ) |
| ELLIS PARTEE, | ) Honorable |
| | ) Stanley Sacks, |
| Defendant-Appellant. | ) Judge presiding. |

### ORDER

Upon motion of the Defendant-Appellant, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant-Appellant's motion to hold appeal 1-07-2701 in abeyance until the resolution of appeal 1-07-0191 is ~~GRANTED~~/ DENIED. WITHOUT PREJUDICE TO DEFENDANT'S RIGHT TO ~~LESTER KINKLE~~ CONSOLIDATION

S
Assistant Public Defender

EDWIN A. BURNETTE
Public Defender of Cook County

_____
Justice

Attorney for:   Defendant-Appellant

Address:   69 West Washington Street

_____
Justice

**ORDER ENTERED**

City:   Chicago, Illinois 60602

FEB 1 4 2008

Telephone:   312.603.0600

_____
Justice

**APPELLATE COURT, FIRST DISTRICT**

STEVEN M. RAVID, CLERK OF THE APPELLATE COURT
FIRST DISTRICT

EXHIBIT J

# 11951

NO.

IN THE

SUPREME COURT OF ILLINOIS

| | | |
|---|---|---|
| Ellis Partee, | ) | Mandamus |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| People State of Illinois, | ) | |
| | ) | |
| Respondent | ) | |

## MOTION BY PETITIONER FOR LEAVE TO FILE A
## PETITION FOR AN ORIGINAL WRIT OF MANDAMUS

FILED

OCT 1 5 2007

SUPREME COURT
CLERK

Ellis Partee
Reg. No. A-15421
Pinckneyville Correctional Center
P. O. Box 999
Pinckneyville, Illinois 62274

EXHIBIT K

IN THE CIRCUIT COURT OF _____ COUNTY, ILLINOIS
THE COURT FOR THE _____ JUDICIAL CIRCUIT
LAW DIVISION

_____ *Illinois Supreme Court* _____

*Ellis Partee* _____ )
                 Plaintiff,   )
                      )
        vs            )        No._____
                      )
*People of the State of Illinois* )
              Defendant.

## PETITION OF MANDAMUS

NOW COMES Plaintiff, _____ *Ellis Partee* _____, pro se, in order

to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to

Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named

Defendant. *Rule 381 Petition.*

 IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at *Pinckneyville* Correctional

Center, *Pinckneyville*, Illinois, *Perry* County. Plaintiff is

serving a sentence of _____ *7* _____ years for the charge of *Burglary*

*on December 8, 2006*

2. Defendant, *People of the State of Illinois*,

is the *wrongfully convicting body* and as such is responsible for _____

*providing the Record of Appeal, certified*

*transcripts, in accord with court orders and*

*Supreme Court Rule 608 (b)*

Forms revised 11/1/01

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant

to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

4. The plaintiff has requested that the defendants perform specific ministerial

duties. The defendants have refused to perform such duties regardless of plaintiff's clear

entitlement to performance of the specific duties which are set forth as follows:

Furnish the Illinois Appellate Court
with a certified record of proceedings
stemming from the false arrest and
malicious prosecution for a crime of
Burglary that was never committed

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and

be subjected to Denial of a meaningful appeal
and prolonged unlawful incarceration

6. WHEREFORE, Plaintiff prays the Court will grant any such relief as the

Court deems just and necessary by ruling Defendant's actions of withholding
transcripts violates both the Due Process
and Equal Protection Clauses of the U.S. Constitution.

7. WHEREFORE, plaintiff further prays the Court will issue an ORDER OF

MANDAMUS compelling Defendant to:

(a) file a certified record of
proceeding with the Illinois Appellate
Court for the First District, Second
Division in the case of People v.

(c) *Partee*, #06 CR 4670 held before Cook County Associate Judge Shelley Sacks.

(d) _____

_____

(e) To grant plaintiff leave to file brief in support of PETITION OF

MANDAMUS.

(f) To grant such other relief as the Court deems just necessary.

                              Respectfully submitted,

                              _____
                              Plaintiff, pro se

Signed before me this ___8___ day of ___October___, 2007.

_____

Notary Public

STATE OF ILLINOIS

COUNTY OF _Perry_

## AFFIDAVIT

I, _Ellis Partee_ , deposes and says that

as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she

has read the foregoing document, by his/her signed, and that the statements contained

therein are true in substance and in fact.

s/s _Ellis Partee_

Plaintiff, pro se

Signed before me this _____day of _____, _____.

_____

Notary Public

Forms revised 11/1/01

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

filed: August 6, 2007

People of the State of Illinois,        )
                                        )    No. _____
            Appellee,                   )
                                        )
      v.                                )    Indictment # 06 CR 4670
                                        )
Ellis Partee,                           )    Appeal taken from Cir. Ct. of Cook Cty.
                                        )    Hon. Stanley Sacks, Presiding
            Appellant.                  )

## MOTION TO SHOW CAUSE WHY OFFICIAL COURT REPORTER OUGHT NOT TO BE HELD IN CONTEMPT

Now comes the Defendant-Appellant Ellis Partee, pro se and respectfully requests that the Court issue an order to show cause why the Official Court Reporter of Cook County ought not to be held in contempt of court for failing to produce and furnish a certified record of proceedings, in the above cause, in accords with the Rules of the Supreme Court. An affidavit is attached in support of this Motion.

WHEREFORE, Appellant prays this motion is granted.

Ellis Partee
Ellis Partee

COUNTY OF PERRY )
                  ) SS
STATE OF ILLINOIS )

# AFFIDAVIT

Ellis PARTEE, first being duly sworn, deposes and states as follows:

1.) That the affiant is the defendant in case # 06 CR 4670, Cook Cty. Cir. Ct, Hon. STANLEY SACKS, presiding, currently on appeal before the Appellate Court, First District, Second Division, in Chicago, Illinois;

2.) That on June 22, 2006, Judge Sacks ordered that the record of proceedings be produced and furnished to Assistant Public Defender for use in preparing Motion for New Trial and Sentencing hearing;

3.) That ~~on this appeal~~ on September 13, 2006 Judge Sacks spread of record that he was not going to delay sentencing month after month waiting for Asst. Public Defender to obtain trial transcripts and recommended that she file a "boilerplate motion" for a new trial;

Affidavit
Pg # 2

4.) In August 2006, assigned Asst. Public Defender Adrienne Davis had obtained transcripts for May 1, 2006, May 10th and 11th, and of the trial that commenced on June 20, 2006 and concluded June 21, 2006;

5.) Ms. Davis at no time would allow me to peruse the transcripts or furnish me or Attorney Fredrick Cohn a copy of the record of proceedings as requested;

6.) An intern with the Public Defenders' Office allowed me to see transcripts of the case, in September of 2006, in the court's bullpen to point up issues for review;

7.) Ms. Davis found out that I was reading them and came to the bullpen to take them away from me;

8.) The trial court ruled that I didn't have a right to the transcripts pro se to use for Motion for a New Trial or at sentencing.

FURTHER AFFIANT SAYETH NOT!

Dated: July 11, 2007

ORDER

IN THE APPELLATE COURT, STATE OF ILLINOIS
FIRST DISTRICT

PEOPLE OF THE STATE OF ILLINOIS,    )
     Plaintiff-Appellee,    )
         )
         )
     V.    )    NO.  07-0191
         )
ELLIS PARTEE,    )
     Defendant-Appellant.    )

ORDER

    This cause coming to be heard on Defendant-Appellant's pro se Motion to Issue a Rule to Show Cause Why Official Court Reporter Ought Not to be Held in Contempt;

    **IT IS ORDERED** that Defendant-Appellant's pro se Motion to Issue a Rule to Show Cause Why Official Court Reporter Ought Not to be Held in Contempt is **DENIED**.

**ORDER ENTERED**

AUG 1 4 2007

APPELLATE COURT, FIRST DISTRICT

_Warren D. Wolfson_
Justice

**Name**  Ellis Partee
       A15421
**Attorney for**

                         Justice

**Address**  Pinckneyville Correctional Center
         P.O. Box 999
         Pinckneyville, IL 62274
**Telephone**
                         Justice

STEVEN M. RAVID, CLERK OF THE APPELLATE COURT, FIRST DISTRICT

SUPREME COURT OF ILLINOIS
CLERK OF THE COURT
SUPREME COURT BUILDING
SPRINGFIELD, ILLINOIS 62701
(217) 782-2035

November 20, 2007


Mr. Ellis Partee
Reg. No. A-15421
Pinckneyville Correctional Center
P. O. Box 999
Pinckneyville, IL 62274



THE COURT HAS TODAY ENTERED THE FOLLOWING ORDER IN THE CASE OF:


No. 11951 - Ellis Partee, petitioner, v. People State of
           Illinois, respondent.  Mandamus.

           The motion by petitioner for leave to file a
           petition for an original writ of mandamus is
           <u>denied</u>.



cc: Hon. Lisa Madigan

EXHIBIT L



# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

October 15, 2007

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

Mr. Ellis Partee
Reg. No. A-15421
Pinckneyville Correctional Center
P. O. Box 999
Pinckneyville, Illinois 62274

      Re: M11951 -   Ellis Partee, petitioner, v. People State of Illinois, respondent.
                      Mandamus.

Dear Mr. Partee:

    This office has today filed your motion for leave to file a petition for an original writ of mandamus, styled as set forth above. You are being permitted to proceed as a poor person.

    Your motion will be referred to the Court, and you will be advised as to the action taken.

                      Very truly yours,

                      *Juleann Hornyak*
                      Clerk of the Supreme Court

JH/jak
cc:   AG CrMadigan

No. 1-07-0191

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

FILED
APPELLATE COURT 1st DIST.
APR 3 0 2008
STEVEN M. RAVID
CLERK

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois. |
| Plaintiff-Appellee, | ) | |
| | ) | |
| -vs- | ) | No. 06 CR 4670. |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley J. Sacks, |
| Defendant-Appellant. | ) | Judge Presiding. |

**STATUS REPORT: April 30, 2008**

Appellant, Ellis Partee, by Patricia Unsinn, Deputy Defender, Office of the State

Appellate Defender, respectfully reports on the status of the record on appeal in Appellant's case.

In support of this report Patricia Unsinn states:

1.      Appellant was convicted of burglary and on January 3, 2007 was sentenced to 7

years in the Illinois Department of Corrections by the Honorable Stanley J. Sacks.

2.      Defendant is currently incarcerated.

3.      Notice of appeal was filed on January 16, 2007.

4.      The Office of the State Appellate Defender was appointed to represent Appellant

on January 19, 2007.  The Office of the State Appellate Defender was notified of its appointment

on January 19, 2007.

5.      The report of proceedings was ordered on  February 6, 2007.  Although not

required by Supreme Court Rule 608, the Office of the State Appellate Defender specifically

indicated the dates that needed to be transcribed.

6.    The common law record was received on January 19, 2007.

7.    The docketing statement was filed on February 9, 2007.

8.    Appellant's record was due on November 12, 2007.  Counsel has been filing status reports to this Court in lieu of record extensions.

9.    The Office of the State Appellate Defender received the record on March 5, 2008, however the record is incomplete.  The record is missing transcripts required for appellate review.

10.    Appellate counsel cannot file Appellant's record by the above due date because the record is incomplete.  Appellate counsel is taking all necessary steps to obtain the complete record.

11.    The delay in the filing of the record is in no way the fault of Appellant, and Appellant should not be penalized because his record was prepared incomplete.

WHEREFORE, Counsel will provide this Court with a status report every 60 days until the record is complete and a certificate in lieu of record can be filed.

Respectfully submitted,

PATRICIA UNSINN
Deputy Defender
Office of the State Appellate Defender
203 North LaSalle Street - 24th Floor
Chicago, Illinois  60601
(312) 814-5472

COUNSEL FOR DEFENDANT-APPELLANT

STATE OF ILLINOIS    )
                     )    SS
COUNTY OF COOK       )

## AFFIDAVIT

Patricia Unsinn, being first duly sworn on oath, deposes and says that she has read the foregoing Status Report by her subscribed and the facts stated therein are true and correct to the best of her knowledge and belief.

_____

PATRICIA UNSINN
Deputy Defender

SUBSCRIBED AND SWORN TO BEFORE ME
on April 30, 2008.

_____
NOTARY PUBLIC

> Official Seal
> Joanna Olszowska
> Notary Public State of Illinois
> My Commission Expires 06/23/2011

No. 1-07-0191

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois. |
| Plaintiff-Appellee, | ) | |
| | ) | |
| -vs- | ) | No. 06 CR 4670. |
| | ) | |
| ELLIS PARTEE, | ) | Honorable |
| | ) | Stanley J. Sacks, |
| Defendant-Appellant. | ) | Judge Presiding. |

## PROOF OF SERVICE

TO:   Richard A. Devine, Cook County State's Attorney, 300 Daley Center, Chicago, Illinois 60602

You are hereby notified that on April 30, 2008, we personally delivered the original and two copies of the attached Status Report in the above-entitled cause to the Clerk of the above Court, a copy of which is hereby served on you.

PATRICIA UNSINN
Deputy Defender

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

The undersigned, being first duly sworn on oath, deposes and says that she personally delivered the required number of copies of the attached Status Report to the Clerk of the above Court and to the State's Attorney of Cook County on the above stated date.

CLERK

SUBSCRIBED AND SWORN TO BEFORE ME on April 30, 2008.

NOTARY PUBLIC

Official Seal
Josefina Dabrowska
Notary Public State of Illinois
My Commission Expires 09/23/2011