## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1989 | **DATE** | 7/8/2008 |
| **CASE TITLE** | US ex rel Ellis Partee    vs    Don Hulick | | |

**DOCKET ENTRY TEXT:**

Status hearing held.
Defendant's motion [9] to dismiss is granted and this cause is dismissed.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|