United States District Court
Northern District of Illinois

FILED
JUL 2 2 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ellis Partee, Petitioner, )
)
v. )
)
Donald Hulick, Respondent. )

No. 08 C 1989

Judge Gettleman, Presiding

Habeas Corpus Petition

## Motion for Certificate of Appealability

Petitioner, pro se, Ellis Partee moves for a certificate of Appealability certifying to the Court of Appeals that the issues of 1.) whether the state court delay in furnishing record of proceedings to execute direct appeal for over 16 months is an inordinate delay; and 2.) whether the District court erred by failing to conduct a hearing to determine if the delay is justifiable, are viable.

Dated: July 15, 2008

Ellis Partee
Ellis Partee, #A-15421
Box 711
Menard, IL 62259