UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Ellis Partee, Petitioner,  )
v.                          )   No. 08 C 1989
Donald Hulick, Respondent.  )   HABEAS CORPUS PETITION

08 C 1989

NOTICE OF APPEAL

To Whom It May Concern:

Please take notice that an appeal is being taken from the dismissal of the Petition for Habeas Corpus Relief by the Honorable Judge Robert Gettleman on July 8, 2008, to the Court of Appeals for the Seventh Circuit in Chicago, Illinois.

FILED
JUL 2 2 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ellis Partee
Box 711 / A15421
Menard, IL 62259