GH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Ellis Partee, Petitioner,  )
                           )   No. 08 C 1989
       v.                  )
                           )   08 C 1989
Donald Hulick, Respondent, )   HABEAS CORPUS PETITION

NOTICE OF APPEAL

FILED
JUL 2 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom It May Concern:

Please take notice that an appeal is being taken from the dismissal of the Petition for Habeas Corpus Relief by the Honorable Judge Robert Gettleman on July 8, 2008, to the Court of Appeals for the Seventh Circuit in Chicago, Illinois.

Ellis Partee
Box 711 / A15421
Menard, IL 62259

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv1989

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Ellis Partee (appellant) | | Donald Hulick (appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Ellis Partee | Name | Sheri L. Wong |
| Firm | PRO SE | Firm | Office of the Atty Gen |
| Address | Menard - MND<br>P.O. Box 711<br>Menard, IL 62259 | Address | 100 West Randolph Street<br>Chicago, IL 60601 |
| Phone | N/A | Phone | (312) 814-3692 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Gettleman | Date Filed in District Court | 4/21/08 |
| Court Reporter | J. Costales (ext 7626) | Date of Judgment | 7/10/08 |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 7/22/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [X]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1989 | **DATE** | 7/8/2008 |
| **CASE TITLE** | US ex rel Ellis Partee    vs    Don Hulick | | |

**DOCKET ENTRY TEXT:**

Status hearing held.
Defendant's motion [9] to dismiss is granted and this cause is dismissed.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−01989
*Internal Use Only*

| | |
|---|---|
| Partee v. Hulick et al<br>Assigned to: Honorable Robert W. Gettleman<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 04/21/2008<br>Date Terminated: 07/08/2008<br>Jury Demand: None<br>Nature of Suit: 530 Prisoner: Habeas Corpus<br>Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **Ellis Partee**<br>*United States of America ex rel.* | represented by | **Ellis Partee**<br>A−15421<br>Menard − MND<br>P.O. Box 711<br>Menard, IL 62259<br>PRO SE |

V.

**Respondent**

| | | |
|---|---|---|
| **Donald Hulick** | represented by | **Sheri L. Wong**<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br>(312) 814−3692<br>Fax: (312) 814−2253<br>Email: swong@atg.state.il.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Attorney General Of The State Of Illinois**<br>*TERMINATED: 04/21/2008* | | |
| **Service List** | represented by | **Chief of Criminal Appeals Illinois Attorney Genera**<br>100 West Randolph<br>12th Floor<br>Chicago, IL 60601<br>*ATTORNEY TO BE NOTICED*<br><br>**Prisoner Correspondence − Internal Use Only**<br>Email: Prison1_ILND@ilnd.uscourts.gov<br>*TERMINATED: 04/21/2008* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | RECEIVED Petition for writ of habeas corpus and one copy by Ellis Partee. (ca, ) (Entered: 04/09/2008) |
| 04/07/2008 | 3 | APPLICATION by Petitioner Ellis Partee for leave to proceed in forma pauperis. (ca, ) (Entered: 04/09/2008) |
| 04/07/2008 | 4 | MOTION by Petitioner Ellis Partee to appoint counsel. (ca, ) (Entered: 04/09/2008) |

| 04/07/2008 | 5 | POST MARKED envelope for initiating document by Ellis Partee (Document not scanned) (aew, ) (Entered: 04/10/2008) |
|---|---|---|
| 04/08/2008 | 2 | CIVIL Cover Sheet. (ca, ) (Entered: 04/09/2008) |
| 04/09/2008 |   | MAILED a copy of the petition for writ of habeas corpus to Chief of Criminal Appeals via certified mail, article no. 7006−0100−0001−7312−6318. (ca, ) (Entered: 04/09/2008) |
| 04/21/2008 | 6 | MINUTE entry before Judge Honorable Robert W. Gettleman:Petitioners motion for leave to file in forma pauperis 3 is granted. Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerks docket. Petitioners motion for the appointment of counsel 4 is denied without prejudice. The Court dismisses Illinois Attorney General Lisa Madigan as a respondent. Mailed notice (ef, ) (Entered: 04/22/2008) |
| 04/21/2008 | 7 | PETITION for writ of habeas corpus filed by Ellis Partee against Donald Hulick. (ef, ) (Entered: 04/22/2008) |
| 04/25/2008 | 8 | ATTORNEY Appearance for Respondent Donald Hulick by Sheri L. Wong (Wong, Sheri) (Entered: 04/25/2008) |
| 05/19/2008 | 9 | MOTION by Respondent Donald Hulick to dismiss (Wong, Sheri) (Entered: 05/19/2008) |
| 05/19/2008 | 10 | NOTICE of Motion by Sheri L. Wong for presentment of motion to dismiss 9 before Honorable Robert W. Gettleman on 5/28/2008 at 09:15 AM. (Wong, Sheri) (Entered: 05/19/2008) |
| 05/19/2008 | 11 | EXHIBITS A through M by Respondent Donald Hulick regarding MOTION by Respondent Donald Hulick to dismiss 9 . (Poor Quality Original − Paper Document on File). (ef, ) (Entered: 05/21/2008) |
| 05/28/2008 | 12 | MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 5/28/2008 regarding respondent's motion to dismiss 9 . Petitioner's response is due by 6/25/2008. Status hearing set for 7/8/2008 at 09:00 a.m. Mailed notice (gds,) (Entered: 06/04/2008) |
| 07/07/2008 | 14 | RESPONSE by Petitioner Ellis Partee to Respondent's Motion to Dismiss Petition. (Exhibits). (Poor Quality Original − Paper Document on File.(ef, ) (Entered: 07/11/2008) |
| 07/08/2008 | 13 | MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held. Defendant's motion to dismiss 9 is granted, and this cause is dismissed. Civil case terminated. Mailed notice (tlm) (Entered: 07/10/2008) |
| 07/22/2008 | 15 | MOTION by Petitioner Ellis Partee for certificate of appealability. (air, ) (Entered: 07/25/2008) |
| 07/22/2008 | 16 | NOTICE of appeal by Ellis Partee regarding orders 13 fee waived. (air, ) (Entered: 07/25/2008) |