## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1989 | **DATE** | 7/28/2008 |
| **CASE TITLE** | U S   ex rel Ellis Partee     vs     Don Hulick | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for certificate of appealability is **denied**.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|