Case: 08-2864 Document: 1-2 Filed: 07/25/2008 Pages: 2
Case 1:08-cv-01989 Document 20 Filed 07/25/2008 Page 1 of 2 NF
FILED
JULY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 25, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2864
>
> Caption:
> ELLIS O. PARTEE,
> Petitioner - Appellant
> v.
>
> DONALD A. HULICK, Warden,
> Respondent - Appellee

> District Court No: 1:08-cv-01989
> Court Reporter Jennifer Costales
> Clerk/Agency Rep Michael Dobbins
> District Judge Robert Gettleman
>
> Date NOA filed in District Court: 07/22/2008

If you have any questions regarding this appeal, please call this office.

CC:

Jennifer Costales

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)