

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W.  DOBBINS**
**CLERK**

312-435-5670

August 20, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Partee -v- Hulick

U.S.D.C. DOCKET NO. : 08 cv 1989

U.S.C.A. DOCKET NO. : 08 - 2864

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)                    *1 Volume of Pleadings*

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    D. Jordan, Deputy Clerk

 

 

 

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:


*1 Volume of Pleadings*




In the cause entitled: Partee -v- Hulick.

USDC NO.    : 08 cv 1989

USCA NO.    : 08 - 2864


IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 20th day of Aug. 2008.


MICHAEL W. DOBBINS, CLERK


By: _____
    D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01989
## Internal Use Only

1.
Partee v. Hulick et al
Assigned to: Honorable Robert W. Gettleman

Case in other court:
08-02864.

Cause: 28:2254 Petition for Writ of Habeas Corpus
(State)

Date Filed: 04/21/2008
Date Terminated: 07/08/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Ellis Partee**
*United States of America ex rel.*

represented by **Ellis Partee**
A-15421
Menard - MND
P.O. Box 711
Menard, IL 62259
PRO SE

V.

**Respondent**

**Donald Hulick**

represented by **Sheri L. Wong**
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-3692
Fax: (312) 814-2253
Email: swong@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General Of The State Of
Illinois**

*TERMINATED: 04/21/2008*

**Service List**                                    represented by **Chief of Criminal Appeals Illinois Attorney Genera**
100 West Randolph
12th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*TERMINATED: 04/21/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | RECEIVED Petition for writ of habeas corpus and one copy by Ellis Partee. (ca, ) (Entered: 04/09/2008) |
| 04/07/2008 | 3 | APPLICATION by Petitioner Ellis Partee for leave to proceed in forma pauperis. (ca, ) (Entered: 04/09/2008) |
| 04/07/2008 | 4 | MOTION by Petitioner Ellis Partee to appoint counsel. (ca, ) (Entered: 04/09/2008) |
| 04/07/2008 | 5 | POST MARKED envelope for initiating document by Ellis Partee (Document not scanned) (aew, ) (Entered: 04/10/2008) |
| 04/08/2008 | 2 | CIVIL Cover Sheet. (ca, ) (Entered: 04/09/2008) |
| 04/09/2008 | | MAILED a copy of the petition for writ of habeas corpus to Chief of Criminal Appeals via certified mail, article no. 7006-0100-0001-7312-6318. (ca, ) (Entered: 04/09/2008) |
| 04/21/2008 | 6 | MINUTE entry before Judge Honorable Robert W. Gettleman:Petitioners motion for leave to file in forma pauperis 3 is granted. Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerks docket. Petitioners motion for the appointment of counsel 4 is denied without prejudice. The Court dismisses Illinois Attorney General Lisa Madigan as a respondent. Mailed notice (ef, ) (Entered: 04/22/2008) |
| 04/21/2008 | 7 | PETITION for writ of habeas corpus filed by Ellis Partee against Donald Hulick. (ef, ) (Entered: 04/22/2008) |
| 04/25/2008 | 8 | ATTORNEY Appearance for Respondent Donald Hulick by Sheri L. Wong |

| | | |
|---|---|---|
| | | (Wong, Sheri) (Entered: 04/25/2008) |
| 05/19/2008 | 9 | MOTION by Respondent Donald Hulick to dismiss (Wong, Sheri) (Entered: 05/19/2008) |
| 05/19/2008 | 10 | NOTICE of Motion by Sheri L. Wong for presentment of motion to dismiss 9 before Honorable Robert W. Gettleman on 5/28/2008 at 09:15 AM. (Wong, Sheri) (Entered: 05/19/2008) |
| 05/19/2008 | 11 | EXHIBITS A through M by Respondent Donald Hulick regarding MOTION by Respondent Donald Hulick to dismiss 9 . (Poor Quality Original - Paper Document on File). (ef, ) (Entered: 05/21/2008) |
| 05/28/2008 | 12 | MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 5/28/2008 regarding respondent's motion to dismiss 9 . Petitioner's response is due by 6/25/2008. Status hearing set for 7/8/2008 at 09:00 a.m. Mailed notice (gds,) (Entered: 06/04/2008) |
| 07/07/2008 | 14 | RESPONSE by Petitioner Ellis Partee to Respondent's Motion to Dismiss Petition. (Exhibits). (Poor Quality Original - Paper Document on File.(ef, ) (Entered: 07/11/2008) |
| 07/08/2008 | 13 | MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held. Defendant's motion to dismiss 9 is granted, and this cause is dismissed. Civil case terminated. Mailed notice (tlm) (Entered: 07/10/2008) |
| 07/22/2008 | 15 | MOTION by Petitioner Ellis Partee for certificate of appealability. (air, ) (Entered: 07/25/2008) |
| 07/22/2008 | 16 | NOTICE of appeal by Ellis Partee regarding orders 13 fee waived. (air, ) (Entered: 07/25/2008) |
| 07/22/2008 | 18 | POST MARKED envelope for Notice of Appeal. (Document not Scanned) (mb, ) (Entered: 07/28/2008) |
| 07/25/2008 | 17 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 16 . Notified counsel (air, ) (Entered: 07/25/2008)~~ |
| 07/25/2008 | 20 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 16 ; USCA Case No. 08-2864. (aac, ) (Entered: 07/29/2008)~~ |
| 07/28/2008 | 19 | MINUTE entry before the Honorable Robert W. Gettleman:Petitioners motion for certificate of appealability is denied. Mailed notice (ef, ) (Entered: 07/29/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**